[31714] [Notice of Preliminary Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    Case No. 3:09−bk−10177−JAF
                                                                          Chapter 13

Robert A Wilson
aka Robert Allen Wilson


Karen J Wilson
aka Karen Joyce Wilson

        Debtor(s)   /


NOTICE OF PRELIMINARY HEARING


    NOTICE IS GIVEN that a preliminary hearing in this case will be held in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville, Florida, on March 3, 2010 at 2:30 p.m. , to consider and act upon the following matter:

    Motion to Value Secured Claim 3 of Vystar Credit Union

  and transact such other business as may properly come before the hearing.

  1. The hearing may be continued upon announcement made in open Court without further notice.

  2. ***Appropriate Attire***. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

  3. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

  Dated February 11, 2010.


        Lee Ann Bennett, Clerk of Court
        300 North Hogan Street Suite 3−350
        Jacksonville, FL 32202


  Copies furnished to:
  Debtor
  Debtor(s)' Attorney
  Trustee
  US Trustee
  Chad Heckman, Attorney for Movant